**Information to identify the case:**

| | | |
|---|---|---|
| Debtor(s) | **Jackie Loreda Collins** | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Parties | Jackie Loreda Collins, | |
| | Plaintiff(s) | |
| | v. | |
| | Hughes Network Systems, LLC, | Bankruptcy Case number: **23–00826**<br>Chapter: **7** |
| | Defendant(s) | Adversary Proceeding No: **24–90002** |

# NOTICE OF REMOVED MATTER AND SCHEDULING CONFERENCE

NOTICE IS GIVEN THAT:

This matter has been removed to the United States Bankruptcy Court for the District of Hawaii pursuant to a notice of removal by a party to the action. All further pleadings in this case shall be filed with this court at the address below. Hearing dates may be obtained by contacting the courtroom deputy at calendar@hib.uscourts.gov or (808) 522–8113. Local rules of this court, local forms and other information may be viewed at www.hib.uscourts.gov.

The parties must attend a scheduling conference at the United States Bankruptcy Court on:

Date:  March 14, 2025          Time: 02:00 PM

This hearing will be conducted both in the courtroom at the United States Bankruptcy Court at 1132 Bishop Street, Honolulu, Hawaii, and remotely (audio only). Parties may elect to participate remotely: Join the meeting at Zoomgov.com with computer audio or by phone at (833) 568–8864 (toll–free). Meeting ID: 161 789 3766, Passcode 1132.

If a Rule 26(f) conference of the parties has not already been held, the parties must confer and consider a discovery plan and other matters no later than 14 days before the scheduling conference. LBR 7026–1(a). Each party must file and serve on all parties a scheduling conference statement no later than 7 calendar days prior to the scheduling conference. LBR 7016–1(b)(2).

The party who filed the notice of removal with this court is required to procure and file with the bankruptcy court: (1) a copy of the docket sheet from the court or agency from which this matter was removed, and (2) a complete copy of each document which was filed in the court or agency from which this matter was removed. The documents may be combined in one or more PDF images but the PDF must include bookmarks with numbers corresponding to the document numbers in the state court docket sheet.

Parties who have been served with a complaint but who have not yet answered as of the date of removal should review Fed. R. Bankr. P. 9027(g) to determine the time deadlines for answering the complaint, presenting defenses or filing objections.

Date:  January 14, 2025

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk